*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

CHRISTION, VADAN. AKOUA§
(handwritten)

(Enter full name of each Plaintiff, above)

vs.

USCIS, CITIZENSHIP AND IMMIGRATION
FIRST bANK ↔
KEY bANK ↔
CHEX Systems
(handwritten)

(Enter full name of each Defendant, above)

Civil Case No. _____
(To be assigned by Clerk of Court)

§ JURY TRIAL DEMANDED ☐ Yes ☐ No
(Check one)

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions).

SAMPLE COMPLAINT                    1

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

CHRISTIAN AKOUMA
PO BOX 10323
FARGO, ND 58106
CELL: 716.370.4367

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

(Fish) :1 FIRST BANK → 12345 WEST COLFAX AVENUE LAKEWOOD, 80215
CELL- 303-232-300

(SND) :2 CHEX SYSTEMS → PO BOX 583399 MINNEAPOLIS, MN 5545
CELL: 800.513.7125

(Key) :3: KEY BANK → 34 NORTH MAIN STREET DAYTON, OR 45402
20290 E Smoky Hill RD CENTENNIAL, CO 80015
CELL 720.587.6362

(4)→ USCIS IMMIGRATION SERVICE → 657 2ND AVE N ROOM 248
CELL → 800-375-5283              FARGO, ND 58102

SAMPLE COMPLAINT                2

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

I think that the Complaint for which just in the process of filing I have problems not with individuals but with Companies and certain services that I can use like the bank or for example or federal service Immigration for example it's good bank is in the process of violators of law I can have including even the federal bureau of IMMIGRATION in the fact on things that it is necessary with me which unaceptable and it started since in Colorado DENVER

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

**SAMPLE COMPLAINT**                3

**VI. RELIEF.** State what you want the Court to do for you.

I went in and looked for help with despair about what was happening with me because where I'm talking to you, I don't have permission to have a bank account which is bothering me. I don't have permission to a of services, general discrimination at the same time persecution in all the services that I'm using so everything that just wants I don't even have any a credit card. I'm going have bank account, I will have my suitable status on that procedures that I followed with the migration and I would like to have a credit card to want to have a normal and better life like everyone else in this country

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this 00 day of 02, 2023.

_[signature]_
Signature of Plaintiff

CHRISTIAN AKOURLA
Printed Name of Plaintiff

P.O. box 10323
Mailing Address

Fargo, ND. 58006
City, State, Zip Code

716-370-4367
Telephone Number of Plaintiff

Signature of Plaintiff

Printed Name of Plaintiff

Mailing Address

City, State, Zip Code

Telephone Number of Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Plaintiff(s),
v. CHRISTIAN AKOUALA

Keybank and
Firstbank
CHEX systems or ebbis USCIS
Defendant(s).

**CERTIFICATE OF SERVICE**

Case No .

I hereby certify that an exact copy of the following document(s) was served upon all attorneys of record or upon all parties, if not represented by an attorney, by placing a copy in the United States Mail, postage prepaid, and mailing to their last known address.

Document(s) sent: Complaint copy

Names & Addresses to which the document(s) was sent:
FIRST BANK➝12345 West Colfax Avenue Lakewood, Colorado 80215
✱ USCIS.657 2ND N ROOM 248 Fargo. ND 58102
20290 E Smoky Hill road Centennial· CO 80015 ➝ Keybank
CHEX systems ⇒ PO. box 583399 Minneapolis, MN 55458

Dated:

_____
Signature of Plaintiff