## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Christion Akouala, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-cv-196 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| USCIS, First Bank, Chex Systems, and Key Bank, | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned himself from the above-titled action.

**IT IS SO ORDERED**.

Dated this 26th day of January, 2024.

/s/ Clare R. Hochhlater
Clare R. Hochhalter
United States Magistrate Judge